308

### Ex parte Jettie BASS.
### No. 25115.

Court of Criminal Appeals of Texas.
Nov. 1, 1950.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Relator made application to the Judge of the Criminal District Court No. 2 of Dallas County for a writ of habeas corpus, which writ was granted and the matter set down for hearing, after which the court entered judgment denying the writ, to which judgment relator excepted and gave notice of appeal to this court.

Relator now by his personal affidavit advises the court that he does not longer desire to prosecute his appeal, and at his request the appeal is dismissed.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of the offense of burglary, and upon conviction, his punishment was assessed at confinement in the state penitentiary for a period of two years.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear regular, and no question has been presented for review.

The judgment is affirmed.

### DIXON v. STATE.
### No. 24898.

Court of Criminal Appeals of Texas.
Oct. 25, 1950.

### Ex parte Lester Emmett BENNETT.
### Nos. 24967, 25004.

Court of Criminal Appeals of Texas.
Nov. 1, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant has in both cases filed a request to withdraw the appeal. The same is hereby granted and, accordingly, each case is dismissed from the docket of this Court.